RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Ofelia Ronquillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFELIA RONQUILLO,<br><br>　　　　　Defendant. | Case No. 2:17-cr-107-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Ofelia Ronquillo, that the sentencing hearing scheduled for May 17, 2018 at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct mitigation.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 20th day of April, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>By_____<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-107-APG-CWH |
| Plaintiff, | ORDER |
| v. | |
| OFELIA RONQUILLO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, it is therefore ordered that the sentencing hearing currently scheduled for May 17, 2018 at the hour of 9:30 a.m., be vacated and continued to  June 27, 2018  at the hour of  10:30  a.m. Courtroom 6C.

DATED this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE