RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Ofelia Ronquillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OFELIA RONQUILLO,<br><br>        Defendant. | Case No. 2:17-cr-107-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Ofelia Ronquillo, that the sentencing hearing scheduled for June 27, 2018 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than September 24, 2018.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant is leaving the office and needs additional time for new counsel to be assigned and become familiar with the case and to finalize defendant's sentencing memorandum.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 6th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Rachel Korenblat*<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | By */s/ Eric C. Schmale*<br>ERIC C. SCHMALE<br>Trial Attorney, Tax Division |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-107-APG-CWH |
| Plaintiff, | ORDER |
| v. | |
| OFELIA RONQUILLO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, it is therefore ordered that the sentencing hearing currently scheduled for June 27, 2018 at the hour of 10:30 a.m., be vacated and continued to  October 2, 2018  at the hour of  9:30  a.m. in Courtroom 6C.

DATED this  6th  day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE