RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
411 E. Bonneville
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Ofelia Ronquillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OFELIA RONQUILLO,<br><br>  Defendant. | Case No. 2:17-cr-107-APG-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Thomas W. Flynn and Eric C. Schmale, Trial Attorneys, Tax Division, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Ofelia Ronquillo, that the sentencing hearing scheduled for October 2, 2018 at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than November 14th, 2018 at 9:00 a.m.

The Stipulation is entered into for the following reasons:

1. Defense counsel has only recently been assigned to this case and needs additional time to prepare for sentencing. Counsel will also be in trial the week of October 1, 2018.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 24th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Erin Gettel*<br>ERIN GETTEL<br>Assistant Federal Public Defender | By */s/ Eric C. Schmale*<br>THOMAS W. FLYNN<br>ERIC C. SCHMALE<br>Trial Attorneys, Tax Division |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-107-APG-CWH |
| Plaintiff, | ORDER |
| v. | |
| OFELIA RONQUILLO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, it is therefore ordered that the sentencing hearing currently scheduled for October 2, 2018 at the hour of 9:30 a.m., be vacated and continued to  November 14, 2018  at the hour of  9:00 a .m. in Courtroom 6C.

DATED this  25th  day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE